UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUMBERTO CHAVEZ,　　　　　　　　　　　　No. C-11-0376 EMC

　　　　　　Petitioner,

　　v.　　　　　　　　　　　　　　　　　　**ORDER TO SHOW CAUSE**

GREG LEWIS,

　　　　　　Respondent.
_____/

　　　　Petitioner, a state prisoner incarcerated at the Pelican Bay State Prison, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by counsel.

　　　　IT IS ORDERED as follows:

　　　　(1)　The Clerk of the Court shall serve a copy of the petition and this order upon Respondent and the Attorney General. *See* Section 2254 Rule 4. The Clerk of the Court shall also serve a copy of this order upon Petitioner's counsel.

　　　　(2)　Respondent shall file and serve an answer to the petition in accordance with Section 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

　　　　(3)　Petitioner may serve and file a traverse responding to matters raised in the answer in accordance with Section 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

Dated: October 27, 2011

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge