UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUMBERTO CHAVEZ,

        Petitioner,

    v.

GREG LEWIS,

        Respondent.
_____/

No. C-11-0376 EMC

**ORDER TO SHOW CAUSE**

    Petitioner, a state prisoner incarcerated at the Pelican Bay State Prison, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by counsel.

    IT IS ORDERED as follows:

    (1) The Clerk of the Court shall serve a copy of the petition and this order upon Respondent and the Attorney General. *See* Section 2254 Rule 4. The Clerk of the Court shall also serve a copy of this order upon Petitioner's counsel.

    (2) Respondent shall file and serve an answer to the petition in accordance with Section 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

    (3) Petitioner may serve and file a traverse responding to matters raised in the answer in accordance with Section 2254 Rule 5 and Habeas Corpus Local Rule 2254-6.

Dated: October 27, 2011

_____
EDWARD M. CHEN
United States District Judge