UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO CHAVEZ,<br><br>    Petitioner,<br><br>    v.<br><br>GREG LEWIS,<br><br>    Respondent.<br>_____/ | No. C-11-0376 EMC<br><br>**ORDER GRANTING PETITIONER'S EX PARTE APPLICATION FOR LEAVE TO FILE LATE NOTICE OF APPEAL**<br><br>**(Docket No. 23)** |

      Petitioner Humberto Chavez has filed an ex parte application, asking for leave to file a late notice of appeal. Respondent Greg Lewis has opposed the application. Having considered the four factors established by the Supreme Court in *Pioneer Investment Services Co. v. Brunswick Associates Limited Partnership*, 507 U.S. 380 (1993), the Court **GRANTS** Petitioner's application. The *Pioneer* factors largely weigh in favor of Petitioner. Even if the reason for the delay was somewhat within the control of Petitioner, the Ninth Circuit has expressly rejected the contention that a party's "neglect cannot be excused because it was caused by circumstances within [his or her] control." *Mendez v. Knowles*, 556 F.3d 757, 765 (9th Cir. 2009).

Dated: August 28, 2012

                                                          _____
                                                          EDWARD M. CHEN
                                                          United States District Judge