**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUMBERTO CHAVEZ,                                    No. C-11-0376 EMC

        Petitioner,

      v.                                              **ORDER GRANTING PETITIONER'S
EX PARTE APPLICATION FOR LEAVE
TO FILE LATE NOTICE OF APPEAL**

GREG LEWIS,

        Respondent.                               **(Docket No. 23)**

_____/

     Petitioner Humberto Chavez has filed an ex parte application, asking for leave to file a late notice of appeal.  Respondent Greg Lewis has opposed the application.  Having considered the four factors established by the Supreme Court in *Pioneer Investment Services Co. v. Brunswick Associates Limited Partnership*, 507 U.S. 380 (1993), the Court **GRANTS** Petitioner's application. The *Pioneer* factors largely weigh in favor of Petitioner.  Even if the reason for the delay was somewhat within the control of Petitioner, the Ninth Circuit has expressly rejected the contention that a party's "neglect cannot be excused because it was caused by circumstances within [his or her] control."  *Mendez v. Knowles*, 556 F.3d 757, 765 (9th Cir. 2009).

Dated:  August 28, 2012

_____
EDWARD M. CHEN
United States District Judge